IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JIMMIE DALE MILLER #K79113,<br><br>Plaintiffs,<br>vs.<br><br>WEXFORD HEALTH SOURCE INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 3:20-cv-00446-NJR<br><br>Honorable Nancy J. Rosenstengel |

**MOTION TO WITHDRAW BASED ON CONFLICT OF INTEREST**

Steven M. Levy, of Dentons US LLP, hereby moves to be allowed to withdraw from representation of the Plaintiff in this case because one of the Defendants in this matter is an active client of Dentons, thus creating a conflict of interest. In support of this Motion, Movant states as follows:

1. On September 22, 2020 Movant was appointed by this Court to represent the Plaintiff in this matter.

2. In performing the necessary conflict due diligence prior to undertaking this representation, Movant learned that one of the Defendants in this matter, Wexford Health Source, Inc., is an active client of Movant's firm, Dentons US LLP, thus creating a conflict of interest in Movant's and Dentons' representation of the Plaintiff.

WHEREFORE, for all the foregoing reasons, and to avoid the aforementioned conflict of interest, Movant, Steven M. Levy of Dentons US LLP, respectfully requests leave to withdraw as counsel for Plaintiff in this matter.

Dated: September 22, 2020

Respectfully submitted,

By: /s/ Steven M. Levy

Steven M. Levy
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Phone: (312) 876-8000
Fax: (312) 876-7934

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I caused a true and correct a copy of the foregoing Motion to Withdraw Based on Conflict of Interest to be electronically filed with the Court in accordance with electronic filing procedures and served upon all counsel and parties of record via the CM/ECF system.

/s/ Steven M. Levy