IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JIMMIE DALE MILLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-CV-446NJR |
| v. | ) | |
| | ) | |
| DICTATOR OF CENTRAL MANAGEMENT SERVICES, et al | ) | |
| | ) | |
| Defendants. | ) | |

**REFUSAL OF ASSIGNMENT**

I, Michael S Shinsky, hereby refuse my assignment as attorney for Plaintiff, JIMMIE DALE MILLER, pursuant to Local Rule 83.11 of the United States District Court, Southern District of Illinois. My Motion for Relief of assignment was denied. To date, I have not filed an appearance on this matter.

By: _/s/ Michael S Shinsky________________________
Attorneys for Plaintiff, Jimmie Dale Miller
ARDC#. 6275914
KRALOVEC, JAMBOIS & SCHWARTZ
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Tel: 312.782.2525
mshinsky@kjs-law.com