**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-446-NJR |
| | ) | |
| WEXFORD HEALTH SOURCE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY BASED ON CONFLICT OF INTEREST**

Melissa J. Auerbach, pursuant to Local Rule 83.11(a)(1), moves to be allowed to withdraw from representation of the Plaintiff in this case because of a conflict of interest. In support of this motion, Movant states as follows:

1. On October 26, 2020, Movant was appointed by this Court to represent the Plaintiff in this matter.

2. Plaintiff's claims relate to his medical care while incarcerated at a state correctional facilities operated by the Illinois Department of Corrections.

3. The individual Defendants in this case include several nurses employed by Wexford Health Sources, Inc., which operates the medical units and employs the medical unit staff at all Illinois state correctional facilities pursuant to a contract with the Illinois Department of Corrections.

4. A review of the pro se complaint reveals that Plaintiff may also have claims related to his treatment by Illinois Department of Corrections employees, including Corrections Food Service Supervisors and Correctional Officers.

5. Movant has performed and currently performs a substantial amount of legal representation for the American Federation of State, County and Municipal Employees, Council 31 (AFSCME).

AFSCME, a state-wide labor union, represents all of the non-managerial, non-supervisory employees, including nurses, employed by Wexford Health Sources, Inc. at all Illinois state correctional facilities. Certain of the Defendants in this case, including Staci DeWeese and Pam Ward, are AFSCME bargaining unit members. AFSCME also represents the majority of employees of the Illinois Department of Corrections who work at Illinois state correctional facilities, including Corrections Food Supervisors, Correctional Officers, Correctional Sergeants, Correctional Lieutenants, and Correctional Counselors.

6. Movant's legal representation of AFSCME includes work with respect to the representation of AFSCME's bargaining unit members employed by Wexford Health Sources, Inc. and AFSCME's bargaining unit members at the Illinois state correctional facilities.

7. Movant's legal representation of AFSCME with respect to AFSCME's Wexford and Illinois Department of Corrections bargaining units and bargaining unit members presents a conflict of interest which precludes Movant from representing the Plaintiff in this action.

WHEREFORE, for the foregoing reasons, Movant, Melissa J. Auerbach, respectfully requests leave to withdraw as counsel for Plaintiff in this case.

Respectfully submitted,

/s/ Melissa J. Auerbach

Melissa J. Auerbach

ARDC No. 3126792
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
312-372-1361
mauerbach@laboradvocates.com

## CERTIFICATE OF SERVICE

I, Melissa J. Auerbach, an attorney, hereby certify that on October 30, 2020, I caused the foregoing **Motion to Withdraw Based on Conflict of Interest** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of e-filing to all counsel of and parties of record via the CM/ECF system.

I hereby further certify that on October 30, 2020, I caused to be mailed by United States Postal Service the same document to the following non-registered participant:

Jimmie Dale Miller
1704 E. 77th Street, Apt. 1
Chicago, IL 60649

/s/ Melissa J. Auerbach
Melissa J. Auerbach
ARDC No. 3126792
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603