**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00446-NJR |
| | ) | |
| WEXFORD HEALTH SOURCE, INC., et al., | ) | Chief Judge Nancy J. Rosenstengel |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY**

Stanley B. Eisenhammer, pursuant to Local rule 83.11, files this Motion to Withdraw as Attorney from representation of the Plaintiff in this case based on a lack of adequate resources for representation. In support of this motion, Movant states as follows:

1. On November 2, 2020, Movant was appointed by this Court to represent the Plaintiff in this matter.

2. Plaintiff's claims in this case relate to his medical care while incarcerated at a facility operated by the Illinois Department of Corrections and names several individual defendants employed by Wexford Health Sources, Inc. as nurses pursuant to a contract with the Illinois Department of Corrections.

3. United States District Court for the Southern District of Illinois Rule 83.11 states that an attorney may be relieved of an order of assignment "on such other grounds as the assigning judge finds adequate for good cause shown."

4. Effective January 1, 2021, Movant will be retiring from the firm Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP and will assume a senior counsel position.

5. Due to his retirement, Movant will lack the necessary resources to adequately represent Plaintiff in this matter.

6. Although not technically within Rule 83.1(i), the Movant did accept an assignment in June, 2013 from the United States Court for the Northern District of Illinois that was not completed until February, 2020 after litigating the case in the United States Supreme Court and, on remand, in the Seventh Circuit. *See Manuel v. City of Joliet*, 137 S. Ct. 911 (2017); *Manuel v. City of Joliet*, 903 F.3d 667 (7th Cir. 2018).

**WHEREFORE,** the Movant respectfully requests leave to withdraw as counsel for Plaintiff in this matter.

Respectfully submitted,

/s/ Stanley B. Eisenhammer
Attorney for Defendants

Stanley B. Eisenhammer
Hodges, Loizzi, Eisenhammer,
Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
seisenhammer@hlerk.com

**CERTIFICATE OF SERVICE**

Stanley B. Eisenhammer, an attorney, hereby certify that on November __, 2020, I caused the foregoing **Motion to Withdraw as Attorney** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of e-filing to all counsel of and parties of record via the CM/ECF system.

I hereby further certify that on November __, 2020, I caused to be mailed by United States Postal Service the same document to the following non-registered participant:

Jimmie Dale Miller
1704 E. 77th Street, Apt. 1
Chicago, IL 60649

/s/ Stanley B. Eisenhammer
Attorney for Defendants

Stanley B. Eisenhammer
Hodges, Loizzi, Eisenhammer,
Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
seisenhammer@hlerk.com