IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| Plaintiff, | ) | Case No. 3:20-cv-446-NJR |
| v. | ) | |
| WEXFORD HEALTH SOURCE, INC., et al | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY BASED ON CONFLICT OF INTEREST**

Movant, Adam R. Vaught, pursuant to Local Rule 83.11(a)(1), moves to be allowed to withdraw from representation of the Plaintiff in this case because of a conflict of interest. In support of this motion, Movant states as follows:

1. On November 6, 2020, Movant was appointed by this Court to represent Plaintiff in this matter.

2. Plaintiff's claims relate to his medical care while incarcerated at a state correctional facility operated by the Illinois Department of Corrections.

3. Plaintiff's complaint names numerous Illinois state agencies and officials as defendants, including the Director of Central Management Services, the Acting Director of the Illinois Department of Corrections, the Healthcare Administrator, and the University of Illinois Chicago.

4. The Illinois Attorney General has filed appearances on behalf of the Acting Director of the Illinois Department of Correction and the Healthcare Administrator.

5. Additionally, Wexford Health Sources, Inc. is named as a defendant.

6. After conducting a conflict search, Movant has learned his law firm, Hinshaw & Culbertson LLP, has represented Wexford Health Sources, Inc. and the University of Illinois and the University of Illinois Board of Trustees in numerous lawsuits.

7. This Court has dismissed Wexford and the University of Illinois Chicago from this case without prejudice. Dkt. #13. But any representation of Plaintiff would require a review to determine whether Plaintiff's claims against Wexford or the University of Illinois Chicago could be replead in an amended complaint.

8. Furthermore, Movant's law firm handles a considerable amount of work on behalf of the State of Illinois and its agencies, boards, and commissions.

9. Movant is currently appointed as a Special Assistant Attorney General to represent the members of the Illinois State Board of Elections in Libertarian Party of Illinois, et al v. William Cadigan, et al, Seventh Circuit Case No. 20-1961. Though the Seventh Circuit has ruled in that case, the engagement is still active as Movant is providing legal advice to the Board based upon the Court's ruling.

10. The Illinois Attorney General takes the position, for purposes of conflicts of interest, that the "State of Illinois" includes the State and its various entities, which would include the State Defendants in this lawsuit.

11. As a result, Movant would have a conflict of interest in representing Plaintiff in this matter.

12. Movant therefore respectfully requests this Court allow him leave to withdraw from representing Plaintiff in this matter.

WHEREFORE, for the foregoing reasons, Movant, Adam R. Vaught, respectfully requests this Court grant him leave to withdraw as counsel for Plaintiff in this case.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Adam R. Vaught
Adam R. Vaught

Adam R. Vaught
avaught@hinshawlaw.com
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001

**CERTIFICATE OF SERVICE**

I, Adam R. Vaught, an attorney, hereby certify that on November 13, 2020, I caused the foregoing **Motion to Withdraw Based on Conflict of Interest** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of e-filing to all counsel of and parties of record via the CM/ECF system.

I hereby further certify that on November 13, 2020, I caused to be mailed by United States Postal Service the same document to the following non-registered participant:

Jimmie Dale Miller
860 N. Dewitt Place, Apt. # 401
Chicago, IL 60611

/s/ Adam R. Vaught
Adam R. Vaught

Adam R. Vaught
avaught@hinshawlaw.com
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001