**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 20-cv-00446-NJR |
| | ) | |
| | ) | |
| DINA PAUL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER**

NOW COMES the Defendant, JULIANA CHAN, by and through his attorney, Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and moves the Court for the entry of a HIPAA Qualified Protective Order. In support thereof, Defendant states as follows:

1. Plaintiff has filed this cause of action in which the medical condition and treatment of himself, **JIMMIE DALE MILLER**, is in issue.

2. Pursuant to 45 C.F.R. 164.512 of the Health Insurance Portability and Accountability Act (HIPAA) an HIPAA Qualified Protective Order is necessary to allow the parties to this litigation to obtain and use protected health information pursuant to HIPAA for the purpose of this litigation while preventing unauthorized disclosure of said protected health information.

3. That a HIPAA Qualified Protective Order should be entered to protect the protected health information from authorized disclosure while still permitting its use solely for purposes of this litigation.

WHEREFORE, the Defendant, **JULIANA CHAN**, respectfully moves the Court to enter a HIPAA Qualified Protective Order and for such other relief as the Court deems necessary.

JULIANA CHAN, Defendant,

/s/ Keith B. Hill
BY: ______________________________
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Keith B. Hill
ARDC #6277660

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
P.O. Box 467
Edwardsville, Illinois 62025 0467
Telephone 618.656.4646
Facsimile 618.656.7940
khill@heylroyster.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this **23rd** day of **November, 2020**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

And I hereby certify that on this **23rd** day of **November, 2020**, I mailed by United States Postal Service, the document to the following non-registered participant:

Jimmie Dale Miller
1704 E. 77th Street #1
Chicago, IL 60649

/s/ Keith B. Hill

Keith B. Hill