**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:20-cv-00446-NJR |
| WEXFORD HEALTH SOURCE, INC., et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Jimmie Dale Miller, by his attorneys, Sean M. Sullivan and Daley Mohan Groble, P.C., moves the Court for entry of an order extending the time for plaintiff to seek leave to amend the complaint by fourteen days, to May 5, 2021. In support of his motion, plaintiff states as follows:

1. This Court assigned undersigned counsel to represent plaintiff on November 17, 2020. (ECF No. 88).

2. By orders dated January 19, 2021 (ECF No. 96) and March 22, 2021 (ECF No. 101), the Court set a deadline of April 21, 2021 for plaintiff to file a motion for leave to amend the complaint and/or a motion to substitute a specific defendant for the defendant currently identified on the docket as "Director of Central Management Services."

3. Plaintiff intends to seek leave to amend the complaint. However, undersigned counsel has not yet completed the analysis of available materials necessary to complete the drafting of the motion and the proposed amended complaint and to confer with plaintiff

regarding the claims and defendants that are warranted for an amended complaint. Due to the volume of materials to analyze (including discovery materials from the cases entitled *Miller v. Lashbrook*, *et al.*, No. 3:17-cv-00859-MAB, S.D. Ill. and *Miller v. Aguinaldo, et al.*, No. 17-cv-5609, N.D. Ill.) as well obligations of counsel in other matters with firm deadlines, plaintiff requests a short extension of time to allow counsel to complete the analysis and propose a well-vetted amended complaint.

4. Undersigned counsel believes a fourteen-day extension, to May 5, 2021, will allow sufficient time to analyze and incorporate all currently available information into a proposed amended complaint, and to identify any new defendants against whom a claim is warranted under the presently known facts and law.

5. Undersigned counsel has conferred with counsel for all defendants and has been advised that defendants do not oppose the extension requested in this motion.

WHEREFORE, plaintiff moves the Court for entry of an order extending the time for plaintiff to seek leave to amend the complaint by fourteen days, to May 5, 2021.

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Sean M. Sullivan
Sean M. Sullivan

Sean M. Sullivan
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
Fax: (312) 422-537
ssullivan@daleymohan.com

## CERTIFICATE OF SERVICE

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing **Plaintiff's Unoposed Motion for Extension of Time** to be served upon the attorneys of record via the Court's ECF filing system on April 15, 2021.

/s/ Sean M. Sullivan
Sean M. Sullivan