**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:20-cv-00446-NJR |
| WEXFORD HEALTH SOURCE, INC., et al., | ) | |
| Defendants. | ) | |

**<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>**

Plaintiff Jimmie Dale Miller, by his attorneys, Sean M. Sullivan and Daley Mohan Groble, P.C., moves the Court for entry of an order granting him leave to file his first amended complaint in the form attached hereto as Exhibit A. In support of his motion, plaintiff states as follows:

1. Plaintiff filed his *pro se* complaint for injunctive relief and damages on May 14, 2020. (ECF No. 1). At the time he filed the *pro se* complaint, plaintiff was incarcerated with the Illinois Department of Corrections ("IDOC"). Plaintiff was released from IDOC custody in June 2020.

2. This Court assigned undersigned counsel to represent plaintiff on November 17, 2020. (ECF No. 88). By order dated January 19, 2021, the Court set a deadline of April 21, 2021 for plaintiff to file a motion for leave to amend the complaint. (ECF No. 96). The Court further ordered that "absolutely no discovery on the merits of any of Plaintiff's claims will take place until after the Court determines whether Plaintiff has exhausted his administrative

remedies." The Court subsequently extended the deadline for Plaintiff to seek leave to amend the complaint to May 5, 2021. (ECF No. 103).

3. Undersigned counsel has reviewed the pleadings in this case, documents provided by the defendants as part of their initial disclosures and such other relevant materials as counsel is able to access without the use of discovery, including documents related to plaintiff's IDOC grievances and exhaustion of reasonably available administrative remedies. Based on the available materials, a first amended complaint in the form attached as Exhibit A is warranted under the facts and law.

4. The first amended complaint arises under § 1 of the Civil Rights Act of 1871, as codified at 42 U.S.C. § 1983, to recover damages for injuries incurred as a result of policies, acts and omissions of the defendants which deprived plaintiff of adequate medical care while plaintiff was in the custody of the IDOC. Specifically, and as more fully described in this proposed first amended complaint, defendants unlawfully deprived and excluded plaintiff from adequate and necessary medical care for Hepatitis C, Type 2 Diabetes and dental injuries, and further deprived plaintiff of a reasonable and adequate supply of his prescribed medications upon his release from IDOC custody.

5. Plaintiff seeks an award of monetary damages for injuries incurred as a result of the conduct alleged in the proposed first amended complaint. Plaintiff further seeks an award of his reasonable attorney's fees pursuant to 42 U.S.C. § 1988(b).

WHEREFORE, plaintiff moves the Court for entry of an order granting him leave to file his first amended complaint in the form attached hereto as Exhibit A.

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Sean M. Sullivan
Sean M. Sullivan

Sean M. Sullivan
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
Fax: (312) 422-537
ssullivan@daleymohan.com

**CERTIFICATE OF SERVICE**

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing **Plaintiff's Motion for Leave to File Amended Complaint** to be served upon the attorneys of record via the Court's ECF filing system on May 4, 2021.

/s/ Sean M. Sullivan
Sean M. Sullivan