**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:20-cv-00446-NJR |
| WEXFORD HEALTH SOURCE, INC., et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Jimmie Dale Miller, by his attorneys, Sean M. Sullivan and Daley Mohan Groble, P.C., without opposition, moves the Court for entry of a protective order in the form attached hereto as Exhibit A, concerning confidentiality of certain materials to be produced or which may be produced by defendants during discovery in this matter. Counsel for all parties have reviewed the proposed order and no party objects to the entry of the order.

WHEREFORE, plaintiff moves the Court for entry of an order directing the Clerk of the Court to serve process on defendant Dr. Laura Pittman.

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Sean M. Sullivan
Sean M. Sullivan

Sean M. Sullivan
Ah Hil Kim
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
Fax: (312) 422-537
ssullivan@daleymohan.com

**CERTIFICATE OF SERVICE**

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing **Plaintiff's Unopposed Motion for Entry of Protective Order** to be served upon the attorneys of record via the Court's ECF filing system on October 8, 2021.

/s/ Sean M. Sullivan
Sean M. Sullivan