**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCE, INC.; LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually; STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually; MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually; DR. DINA PAUL, individually; DR. LAURA PITTMAN, individually; DR. JULIANA CHAN, individually; LORI CUNNINGHAM, individually; and CORRECTION OFFICER DOE, individually,<br><br>Defendants. | ) | No. 3:20-cv-00446-NJR |

**PLAINTIFF'S FINANCIAL STATUS UPDATE**

Plaintiff, Jimmie Dale Miller, by his attorneys, Daley Mohan Groble, P.C., submits this supplemental support in response to the Court's Order requesting a status update on his financial situation (ECF 185).

As stated in his supplemental response (ECF 184) until October 28, 2022, Plaintiff was residing at Haymarket Center Chicago, where he was being treated for alcohol use disorder. Attached hereto as Exhibit A is Plaintiff's Haymarket graduation certificate. After that, Plaintiff was residing in A Safe Haven, which is transitional housing for people experiencing homelessness where he was receiving further treatment. After leaving A Safe Haven, Plaintiff moved to Bloomington, IL to pursue a job opportunity with Rivian Motorway. Attached hereto as Exhibit B is an email Plaintiff received as part of the interview process.

On November 21, 2022, Plaintiff applied for Supplemental Security Income, while located at A Safe Haven. He has not yet received a response from the Social Security Administration, but as of that date is not receiving any income. Attached hereto as Exhibit C is the SSA's letter that Plaintiff is not receiving SSI. Plaintiff was informed by Fifth Third Bank that his bank and credit card accounts were closed due to being in the negative. They reported that they mailed this information to his address, but he no longer resides at his home address after seeking treatment and employment in Bloomington. He also had to get a new phone number and is locked out of his online account while they update the phone number on file. It can reportedly take fourteen days for this to update. As soon as Plaintiff receives the documentation of his account being closed we will supplement this filing.

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Lisa M. Roccanova
Lisa M. Roccanova

Sean M. Sullivan
Lisa M. Roccanova
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
ssullivan@daleymohan.com
lroccanova@daleymohan.com

**CERTIFICATE OF SERVICE**

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing **PLAINTIFF'S FINANCIAL STATUS UPDATE** to be served upon the attorneys of record via the Court's ECF filing system on January 3, 2023.

/s/ Sean M. Sullivan
Sean M. Sullivan