# HAYMARKET CENTER

## Transition Towards Recovery

*Awards this certificate of completion to*

***Jimmie Miller***

*As having attended and participated in*

*28 Days of Residential Treatment Program*

*By*

*Being able to maintain sobriety while working an honest recovery program one day at a time. By being able to deal with life on life's terms and remain abstinent of all mood-altering chemicals.*

George Norton
TTR Counselor

**DATE: 10/22/2022**

EXHIBIT

A

exhibitsticker.com