**From:** Jimmie Miller
**To:** Lisa Roccanova
**Subject:** Re: Rivian Interview: Please Sign Jimmie miller
**Date:** Saturday, December 31, 2022 2:43:14 PM

On Wed, Dec 28, 2022, 12:56 PM Lucy Waller <lucindawaller@rivian.com> wrote:

> Hello Jimmie,
>
> Thank you for agreeing to interview with us. We are eager to speak with you about your accomplishments and experience, and how this opportunity with Rivian may align with them.
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> [redacted]
>
> Regards,
>
> **Lucy Waller**
>
> **P: E:** lucindawaller@rivian.com
>
> 100 N. Rivian Motorway Normal, IL 61761-8000

EXHIBIT

B

exhibitsticker.com