# Social Security Administration

CHICAGO-SE IL

Date: November 21, 2022
BNC#: [redacted]
REF: DI

Name: JIMMY DALE MILLER

JIMMY DALE MILLER
APT 24
7355 N DAMEN AVE
CHICAGO, IL 60645

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Supplemental Security Income Payments**

Beginning January 2021, the current Supplemental Security Income payment is $ 0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**Things To Remember**

Get your benefit verification notice online, visit www.socialsecurity.gov/myaccount to set up your my Social Security account.

EXHIBIT
C

exhibitsticker.com