FIFTH THIRD BANK

Fifth Third Bank
5050 Kingsley Dr
1MOC3A
Cincinnati OH 45263

Jimmie Dale Miller
208 N Oak St
Bloomington IL 61701

Date: January 3, 2023
Account: XXXXXXXX8312
VIN:

**In Response to Your Recent Customer Service Call**

Dear Jimmie Dale Miller:

We appreciate having you as our customer and value the trust you've placed in us. In response to your recent call to Customer Service, we're confirming the information you requested:

As of 10/4/2022, the account referenced above has been closed.

If you have any additional questions, please call us at 800-972-3030, Monday through Friday, 8 a.m. to 6 p.m.; Saturday, 10 a.m. to 4 p.m., ET. You can also find helpful financial tools and information at 53.com.

Thank you for banking at Fifth Third Bank.

Sincerely,

*E. Feliciano*
*Customer Service*

*Attn:*
*Fax:*

EXHIBIT
D