**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCE, INC.; LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually; STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually; MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually; DR. DINA PAUL, individually; DR. LAURA PITTMAN, individually; DR. JULIANA CHAN, individually; LORI CUNNINGHAM, individually; and CORRECTION OFFICER DOE, individually,<br><br>Defendants. | ) | No. 3:20-cv-00446-NJR |

**JOINT PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to the Court's January 20, 2023, Memorandum and Order an additional scheduling conference was had.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Fact discovery completed by October 6, 2023.

2. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
   Plaintiff's expert(s): November 7, 2023.
   Defendant's expert(s): January 29, 2024.

3. Depositions of expert witnesses must be taken by:

   Plaintiff's expert(s): December 7, 2024.
   Defendant's expert(s): February 28, 2024.

4. **Fact Discovery** shall be completed by October 6, 2023 (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date. The discovery limits outlined in the Court's August 18, 2021, Order, as modified by Text Order dated October 15, 2021, remain in effect.

5. All **dispositive motions** shall be filed by April 30, 2024 (no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

6. **Daubert Motions:** All Daubert motions (seeking to exclude expert testimony/evidence) shall be filed by April 30, 2024.

7. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED: February 7, 2023

/s/ Lisa M. Roccanova (w/consent)
*Attorneys for Plaintiff*
Lisa M. Roccanova
Daley Mohan Groble, PC
55 W. Monroe St., Ste. 1600
Chicago, Illinois 60603
lroccanova@daleymohan.com

/s/ Joy C. Syrcle (w/consent)
*Attorneys for Defendants Paul, Pittman, and Wexford Health Sources, Inc.*
Joy C. Syrcle
Cassiday Schade LLP
3100 Montvale Drive
Springfield, IL 62704
jsyrcle@cassiday.com

/s/ Martha E. Ravenhill (w/consent)
*Attorneys for Defendant Chan*
Martha E. Ravenhill
Heyl, Royster, Voelker & Allen, P.C.
Suite 100, Mark Twain Plaza III
105 W. Vandalia
Edwardsville, IL 62025
mravenhill@heylroyster.com

/s/ Tara M. Barnett (w/consent)
*Attorney for Defendants Cunningham, Dempsey, Jeffreys, Meeks, Shicker, and Welsh*
Tara M. Barnett
Assistant Attorney General
Metro East Office
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
tara.barnett@ilag.gov