**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCE, INC.; LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually; STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually; MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually; DR. DINA PAUL, individually; DR. LAURA PITTMAN, individually; DR. JULIANA CHAN, individually; LORI CUNNINGHAM, individually; and CORRECTION OFFICER DOE, individually,<br><br>Defendants. | ) | No. 3:20-cv-00446-NJR |

**SUPPLEMENT TO**
**MOTION FOR LEAVE TO DISCLOSE DISCOVERY MATERIALS**

Plaintiff Jimmie Dale Miller, by his attorneys, Daley Mohan Groble, P.C., submits this supplement and report on status concerning his motion for leave to disclose discovery materials. (ECF 207). With agreement of counsel for all parties, plaintiff has produced all discovery materials in his possession from the Prior Litigation with the exception of the six items identified in the motion which are stamped "Confidential and Subject to Protective Order." (*See* ECF 207, ¶¶ 4, 7). Therefore, the only remaining issue relating to the motion is what plaintiff should do with those items that are marked "Confidential."

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Sean M. Sullivan
Sean M. Sullivan

Sean M. Sullivan
Lisa M. Roccanova
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
Fax: (312) 422-537
ssullivan@daleymohan.com
lroccanova@daleymohan.com

**CERTIFICATE OF SERVICE**

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing Supplement to Plaintiff's Motion for Leave to Disclose Discovery Materials to be served upon the attorneys of record via the Court's ECF filing system on April 29, 2023.

/s/ Sean M. Sullivan
Sean M. Sullivan