**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCE, INC.; LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually; STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually; MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually; DR. DINA PAUL, individually; DR. LAURA PITTMAN, individually; DR. JULIANA CHAN, individually; LORI CUNNINGHAM, individually; and CORRECTION OFFICER DOE, individually,<br><br>Defendants. | ) | No. 3:20-cv-00446-NJR |

## UNOPPOSED MOTION TO EXTEND SCHEDULING DATES

Plaintiff, Jimmie Dale Miller ("Plaintiff"), by his attorneys, Mohan Groble Scolaro, P.C., with the consent of counsel for all parties, moves the Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for entry of an order extending the dates for completion of fact and expert discovery and dispositive motions by approximately sixty (60) days, and for entry of the Joint Proposed Amended Scheduling and Discovery Order submitted herewith. In support of the motion, the parties state as follows:

1. Pursuant to the Joint Proposed Scheduling and Discovery Order entered on February 14, 2023 (Dkt. #206), fact discovery is set to close on October 6, 2023, expert discovery

is set to close on February 28, 2024, and dispositive motions and *Daubert* motions are due on April 30, 2024.

2. Since the entry of the existing scheduling order, Plaintiff has completed depositions of Defendant Dr. Juliana Chan (March 30, 2023); Defendant Dr. Steve Meeks (April 26, 2023); Defendant Dr. Louis Shicker (April 28, 2023); Defendant Dr. Dina Paul (May 17, 2023); Defendant Wexford's employee Dr. Neil Fisher (May 15, 2023); Defendant Wexford's employee Dr. Roderick Matticks (July 21, 2023); and non-party Dr. Mahesh Patel (July 12, 2023).

3. The parties have made diligent efforts to complete all necessary depositions by the fact discovery cut-off date but have been unable to do so. Among other things, two non-parties (Dr. Jeremy Young and Dr. Patel), who were subpoenaed for depositions in March 2023, were unavailable for depositions for an extended period of time and thereafter declined through counsel to appear for deposition while Plaintiff sought to amend the complaint to add them as defendants. Dr. Patel's deposition has now been completed but Dr. Young's has not.

4. Due to defense counsel's trial schedule the parties were initially unable to set depositions in September. The deposition of defendant Dr. Pittman is currently set on October 13, 2023. The September conflict has now resolved and the parties have offered September 22, September 29 and November 10 as dates for Dr. Young's deposition and are waiting for confirmation from Dr. Young's attorney. Plaintiff is also endeavoring to obtain the deposition of his post-release treating doctor for his tenth deposition.

5. In the course of trying to arrange dates for the remaining depositions among all counsel, Plaintiff's counsel advised that the limited availability of witnesses and counsel would require a request to extend the dates in the current scheduling order. Defense counsel agreed that

an extension of those dates by sixty days is warranted and reasonable based on the circumstances of the case and the parties' diligence to date.

6. This motion is made in good faith, without dilatory intent, no party will be prejudiced by the granting thereof, and all parties join in the request.

WHEREFORE the parties request that the existing deadlines be extended for sixty (60) days as set forth in the Joint Proposed Amended Scheduling and Discovery Order submitted herewith.

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Sean M. Sullivan
Sean M. Sullivan

Sean M. Sullivan
MOHAN GROBLE SCOLARO, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
Fax: (312) 422-5371
ssullivan@daleymohan.com

**CERTIFICATE OF SERVICE**

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing Unopposed Motion to Extend Scheduling Dates to be served upon the attorneys of record via the Court's ECF filing system on September 15, 2023.

/s/ Sean M. Sullivan
Sean M. Sullivan