**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JIMMIE DALE MILLER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WEXFORD HEALTH SOURCE, INC.; DR. LAURA PITTMAN, individually, DR. DINA PAUL, individually, LORIE CUNNINGHAM, individually, ROB JEFFREYS, acting director of Illinois Department of Corrections, DR. JULIANA CHAN, individually, LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually, STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually, MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually, THOMAS WELSH, substituted for Correction Officer Doe, individually.**<br><br>**Defendants.** | **Case No. 3:20-cv-00446-NJR** |

**AMENDED SCHEDULING AND DISCOVERY ORDER**

For the reasons set forth in the accompanying motion for leave to amend scheduling and discovery order, the parties submit the following proposed amended schedule:

1. Supplemental discovery, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be completed by Completed.

2. Non-expert depositions shall be taken by December 6, 2023.

3. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

Plaintiff's expert(s): January 5, 2024.
Defendant's expert(s): March 8, 2024.

4. Depositions of expert witnesses must be taken by:

   Plaintiff's expert(s): February 7, 2023.
   Defendant's expert(s): April 8, 2024.

5. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties anticipate a need for an ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than January 24, 2023. (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

6. **Discovery** shall be completed by December 6, 2023 (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

7. All **dispositive motions** shall be filed by June 10, 2024 (no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

8. **Daubert Motions**: All Daubert motions (seeking to exclude expert testimony/evidence) shall be filed by June 10, 2024.

9. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED: September 18, 2023