5442-339

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JIMMIE DALE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 20-cv-00446-NJR |
| | ) | |
| | ) | |
| DINA PAUL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JULIANA CHAN'S**
**MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, JULIANA CHAN, by and through her attorney, Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for her Motion for Summary Judgment, states:

1. Plaintiff, Jimmie Dale Miller, a former Illinois inmate, brings this civil rights action pursuant to 42 U.S.C. § 1983 for deprivations of his constitutional rights while he was incarcerated at Lawrence Correctional Center.

2. In his Complaint, Plaintiff alleges, *inter alia*, that Juliana Chan violated his rights under the Eighth Amendment by denying him treatment for his hepatitis C (Count 1).

3. Summary judgment should be granted in favor of Juliana Chan because her conduct did not cause the alleged delay in treating Plaintiff for his hepatitis C, she was not deliberately indifferent to Plaintiff's serious medical needs, Plaintiff has no verifying medical evidence that any delay in treating his hepatitis C had any detrimental impact on his condition, and any delay in Plaintiff treating for hepatitis C was caused by Plaintiff's conduct.

4. Juliana Chan has concurrently filed her Memorandum of Law in Support of Motion for Summary Judgment, and incorporates the same herein by reference.

WHEREFORE, Defendant, JULIANA CHAN, respectfully requests that this Court enter an order granting summary judgment in her favor and against Plaintiff.

JULIANA CHAN, Defendant,

BY: /s/ Keith B. Hill
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Keith B. Hill, ARDC #6277660

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025
Telephone 618.656.4646
Facsimile 309.420.0402
edwecf@heylroyster.com
khill@heylroyster.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this **23rd** day of **September, 2024**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ Keith Hill
HEYL, ROYSTER, VOELKER & ALLEN, P.C.