**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>WEXFORD HEALTH SOURCE, INC.; LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually; STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually; MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually; DR. DINA PAUL, individually; DR. LYNN PITTMAN, individually; DR. JULIANA CHAN, individually; LORI CUNNINGHAM, individually; and THOMAS WELSH, individually,<br><br>Defendants. | ) | No. 3:20-cv-00446-NJR<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**<u>AS TO LIABILITY ON COUNT I OF HIS FIRST AMENDED COMPLAIN</u>**

Plaintiff Jimmie Dale Miller, by his attorneys, Sean M. Sullivan, Adrian Riordan and Mohan Groble Scolaro, P.C., pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court for entry of an order granting summary judgment in his favor and against all defendants as to liability on Count I of his First Amended Complaint. In support of his motion, Plaintiff states that there is no genuine issue of any fact material to his claims against defendants and that he is entitled to judgment as a matter of law on the issue of liability.

In further support of his motion, Plaintiff files concurrently herewith and relies on the Memorandum of Law, the Declaration of Sean M. Sullivan and all attached exhibits.

WHEREFORE, Plaintiff Jimmie Dale Miller respectfully requests that this Court grant summary judgment as to Liability on Count I of his First Amended Complaint against all defendants.

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Sean M. Sullivan
Sean M. Sullivan

Sean M. Sullivan
Adrian Riordan
MOHAN GROBLE SCOLARO, P.C.
55 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
Fax: (312) 422-5371
ssullivan@mohangroble.com
ariordan@mohangroble.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, does hereby certify that he caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF system this 23rd day of September 2024.

/s/ Sean M. Sullivan
Sean M. Sullivan