**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>WEXFORD HEALTH SOURCE, INC.; LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually; STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually; MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually; DR. DINA PAUL, individually; DR. LYNN PITTMAN, individually; DR. JULIANA CHAN, individually; LORI CUNNINGHAM, individually; and THOMAS WELSH, individually,<br><br>Defendants. | ) | No. 3:20-cv-00446-NJR<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF SEAN M. SULLIVAN**

I, Sean M. Sullivan, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and correct.

1. Plaintiff submits the following exhibits in support of his Motion for Summary Judgment as to Liability on Count I of his First Amended Complain, as referenced in his accompanying Memorandum of Law:

**Exhibit 1** is the transcript of the deposition of Plaintiff Jimmie Dale Miller taken in this matter.

**Exhibit 2** is the transcript of the deposition of Dr. Roderick Matticks taken in this matter.

**Exhibit 3** is the transcript of the deposition of Dr. Roderick Matticks taken in the matter entitled *Barrow v. Wexford Health Sources Inc., et al.,* as referenced in the Memorandum of Law.

**Exhibit 4** is the transcript of the deposition of Dr. Neil Fisher taken in this matter.

**Exhibit 5** is the transcript of trial testimony given by Dr. Neil Fisher in the matter entitled *Nance v. Wexford, et al.,* as referenced in the Memorandum of Law.

**Exhibit 6** is the transcript of the deposition of Dr. Dina Paul taken in this matter.

**Exhibit 7** is the transcript of the deposition of Dr. Neil Fisher taken in the matter entitled *Stafford v. Carter et al.,* as referenced in the Memorandum of Law.

**Exhibit 8** is the transcript of the deposition of Dr. Dina Paul taken in the matter entitled *Miller v. Baldwin, et al.,* as referenced in the Memorandum of Law.

**Exhibit 9** is the transcript of the deposition of Dr. Dina Paul taken in the matter entitled *Insco v. Wexford Health Sources Inc., et al.,* as referenced in the Memorandum of Law.

**Exhibit 10** is the transcript of the deposition of Dr. Dina Paul taken in the matter entitled *Handy v. Wexford Health Sources Inc., et al.,* as referenced in the Memorandum of Law.

**Exhibit 11** is the transcript of the deposition of Dr. Roderick Matticks taken in the matter entitled *Miller v. Baldwin, et al.*, as referenced in the Memorandum of Law.

**Exhibit 12** is the transcript of the deposition of Dr. Julia Chan taken in this matter.

**Exhibit 13** is the transcript of the deposition of Dr. Mahesh Patel taken in this matter.

**Exhibit 14** is the transcript of the deposition of Dr. Steve Meeks taken in this matter.

**Exhibit 15** is the transcript of the deposition of Dr. Louis Shicker taken in this matter.

**Exhibit 16** is a copy of the Wexford/IDOC Contract (excerpts) produced in discovery in this matter.

**Exhibit 17** (filed under seal) is a copy of the Wexford Medical Guidelines: Illinois produced in discovery in this matter.

**Exhibit 18** is the CV of Dr. Dina Paul produced in discovery in this matter.

**Exhibit 19** is the CV of Dr. Julia Chan produced in discovery in this matter.

**Exhibit 20** is a copy of a Declaration of Dr. Steve Meeks obtained from a public docket and produced in discovery in this matter.

**Exhibit 21** is a copy of a medical journal article authored by Dr. Chan obtained from open sources and produced in discovery in this matter.

**Exhibit 22** are health records for Plaintiff Jimmie Dale Miller (excerpts) obtained by subpoena and produced in discovery in this matter.

**Exhibit 23** is a 2014 IDOC HCV Fact Sheet obtained by subpoena and produced in discovery in this matter.

**Exhibit 24** is a copy of the August 2018 FBOP HCV Guidelines obtained from open sources and produced in discovery in this matter.

**Exhibit 25** is a copy of the 2015 AASLD HCV Guidelines obtained from open sources and produced in discovery in this matter.

**Exhibit 26** is a copy of the May 2017 FBOP HCV Guidelines obtained from open sources and produced in discovery in this matter.

**Exhibit 27** is a copy of the November 2018 AASLD HCV Guidelines obtained from open sources and produced in discovery in this matter.

**Exhibit 28** is a copy of the contract between UIC and IDOC produced by UIC pursuant to subpoena.

**Exhibit 29** is a copy of the March 2014 IDOC HCV Guidelines produced by IDOC in this matter.

**Exhibit 30** is a copy of the March 2015 IDOC HCV Guidelines produced by IDOC in this matter.

**Exhibit 31** is a medical journal article entitled *Diabetes and hepatitis C: a two-way association*, Frontiers in Endocrinology, 2015, obtained from open sources and produced in discovery in this matter.

**Exhibit 32** is a medical journal article entitled *Chronic hepatitis C Association with Diabetes Mellitus and Cardiovascular Risk in the Era of DAA Therapy*, Canadian Journal of Gastroenterology and Hepatology, 2018, publicly available at https://onlinelibrary.wiley.com/doi/10.1155/2018/6150861 (last visited on September 23, 2024).

**Exhibit 33** is a medical journal article entitled *Current level of evidence on causal association between hepatitis C virus and type 2 diabetes: A review*, Journal of Advanced Research, 2017, publicly available at https://www.sciencedirect.com/science/article/pii/S2090123216301035 (last visited on September 23, 2024).

**Exhibit 34** is a medical journal article entitled *Diabetes mellitus, insulin resistance and hepatitis c virus infection: A contemporary review*, World Journal of Gastroenterology, 2017, publicly available at https://pubmed.ncbi.nlm.nih.gov/28321170/ (last visited on September 232, 2024).

**Exhibit 35** are copies of email communications produced by UIC pursuant to subpoena in this matter.

**Exhibit 36** are copies of email communications produced by UIC pursuant to subpoena in this matter.

**Exhibit 37** is a copy of the December 2017 IDOC HCV Guidelines produced by IDOC in this matter.

**Exhibit 38** is a copy of the October 2018 IDOC HCV Guidelines produced by IDOC in this matter.

**Exhibit 39** is a copy of the January 2019 IDOC HCV Guidelines produced by IDOC in this matter.

**Exhibit 40** is a copy of the September 2014 IDOC Health Quarterly Meeting Agenda produced by IDOC pursuant to subpoena in this matter.

**Exhibit 41** is a copy of a Consent Decree in the Lippert litigation and obtained from a public docket, as referenced in the Memorandum of Law.

**Exhibit 42** is a copy of an order in the Lippert litigation appointing Dr. John Raba as court Monitor, obtained from a public docket as referenced in the Memorandum of Law.

**Exhibit 43** is a copy of email communications produced by IDOC pursuant to subpoena.

**Exhibit 44** is a copy of the 2nd *Lippert* Monitor Report (excerpt) obtained from a public docket as referenced in the Memorandum of Law.

**Exhibit 45** are copies of email communications produced by IDOC pursuant to subpoena.

**Exhibit 46** are copies of email communications produced by IDOC pursuant to subpoena.

**Exhibit 47** is a copy of the March 2021 IDOC HCV Guidelines produced by IDOC in this matter.

**Exhibit 48** is a copy of Wexford Responses to Plaintiff's Requests for Admissions in this matter.

**Exhibit 49** (filed under seal) is a copy of the Wexford Global Medical Guidelines for HCV (2019).

**Exhibit 50** is a copy of the 2016 UIC HCV Guidelines produced by UIC pursuant to subpoena.

**Exhibit 51** is a copy of the 2019 UIC HCV Guidelines produced by UIC pursuant to subpoena.

**Exhibit 52** is a copy of the 2021 UIC HCV Guidelines produced by UIC pursuant to subpoena.

**Exhibit 53** is a copy of email communications produced by IDOC pursuant to subpoena.

**Exhibit 54** is a copy of grievance records produced by IDOC in this matter.

**Exhibit 55** is a copy of a Jimmie Miller 2015 Fibroscan report obtained by subpoena and produced in discovery in this matter.

**Exhibit 56** are Jimmie Miller HCV Clinic Notes produced by IDOC in this matter

**Exhibit 57** is a copy of Wexford Rule 26 Disclosures in the matter entitled Miller v. Wexford produced in discovery in this matter.

**Exhibit 58** is a copy of a 8/22/19 Progress Note produced by IDOC in this matter.

**Exhibit 59** is a copy of a 8/22/19 Fibroscan Order produced by IDOC in this matter.

**Exhibit 60** is a copy of a 11/15/19 Fibroscan Report produced by IDOC in this matter.

**Exhibit 61** is a copy of a 12/12/19 Progress Note produced by IDOC in this matter.

**Exhibit 62** is a copy of email communications produced in discovery in this matter.

**Exhibit 63** is a copy of a Liver/Spleen Ultrasound Order produced by IDOC in this matter.

**Exhibit 64** is a copy of a Ultrasound Report produced by IDOC in this matter.

**Exhibit 65** is a copy of a EGD Order produced by IDOC in this matter.

**Exhibit 66** is a copy of a EGD UM Approval produced by IDOC in this matter.

**Exhibit 67** is a copy of a 2/6/20 Progress Note produced by IDOC in this matter.

**Exhibit 68** are copies of email communications produced in discovery in this matter.

**Exhibit 69** is a copy of a 6/18/20 Progress Note produced by IDOC in this matter.

**Exhibit 70** is a copy of the Ninth Amended Complaint in *Miller v. Baldwin*, obtained from a public document as referenced in the Memorandum of Law.

**Exhibit 71** is a copy of the Wexford 3rd Supplemental Rule 26 Disclosure in *Miller v. Baldwin*, produced in discovery in this matter and as referenced in the Memorandum of Law.

**Exhibit 72** is a copy of a Notice of Deposition of Dr. Paul in *Miller v. Baldwin*, produced in discovery in this matter and as referenced in the Memorandum of Law.

**Exhibit 73** is a copy of email communications and an ultrasound report produced in discovery in this matter.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

September 23, 2024
Date:

/s/ Sean M. Sullivan
Sean M. Sullivan