047272/21061/JNR/JCS

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., DIRECTOR CENTRAL MANAGEMENT SERVICES, LAURA PITTMAN, DINA PAUL, LORIE CUNNINGHAM, MR. WELLS, JANE DOE #1, JANE DOE #2, JANE DOE #3, JANE DOE #4, JANE DOE #5, NURSE FUSON, NURSE SWINSON, NURSE FOSTER, C/O WILSON, ROB JEFFRIES, STEVE MEEKS, DR. JULIANA CHAN, AND UNIVERSITY OF ILLINOIS CHICAGO,<br><br>Defendants. | No. 20-cv-446<br><br>Nancy J. Rosenstengel |

## MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, DR. DINA PAUL, and WEXFORD HEALTH SOURCES, INC., by and through their attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 56, hereby submit their Motion for Summary Judgment, stating as follows:

1. Plaintiff Jimmie Dale Miller filed the present case pursuant to 42 U.S.C. §1983, alleging Defendants were deliberately indifferent to his hepatitis C in violation of his Eighth Amendment rights. [Doc. 108].

2. Specifically, in Count I[1] of his Amended Complaint, Plaintiff alleges he was wrongfully denied treatment for hepatitis C while incarcerated at Lawrence Correctional Center because of his uncontrolled diabetes. [Doc. 108, ¶1, 82-87].

[1] Defendants Wexford and Paul are not named in Counts II or III of Plaintiff's Amended Complaint. It is Defendants' understanding that only Count I of the Amended Complaint remains at issue after Defendants relevant to Counts II and III have settled or been dismissed.

3. Defendant Wexford is a vendor contracted to provide medical services in IDOC facilities and Dr. Paul is a physician employed by Wexford.

4. As is discussed in detail in Defendants' Memorandum of in Support of Motion for Summary Judgment, filed concurrently herewith and incorporated as if fully stated herein, Plaintiff's claims against Defendants fail as a matter of law.

5. Specifically, Plaintiff's claim rests on an express policy of IDOC pursuant to its Hepatitis C Guidelines which were promulgated in consultation with infectious disease experts from the University of Illinois – Chicago. Plaintiff cannot show a violation of his rights due to any policy of Wexford as Wexford was not involved in developing or revising the Hepatitis C Guidelines and treatment of hepatitis C is excluded from Wexford's IDOC contract. *See Dean v. Wexford Health Sources, Inc.*, 18 F.4th 214 (7th Cir. 2021) (noting "the plaintiff must show that 'the policy or custom demonstrates municipal fault,' *i.e.*, deliberate indifference").

6. Similarly, no jury could find Dr. Paul was deliberately indifferent to Plaintiff's medical needs as she provided a thorough workup and made efforts to have Plaintiff referred to UIC for hepatitis C treatment, but Plaintiff continued to have uncontrolled diabetes, contributed to by his refusal of prescribed insulin. *Duane v. Lane*, 959 F.2d 673, 677 (7th Cir.1992) (noting the required showing for deliberate indifference is "something approaching a total unconcern for [the prisoner's] welfare in the face of serious risks").

7. Finally, Plaintiff cannot show he suffered any harm as a result of not receiving treatment for hepatitis C while at Lawrence.

8. For all of these reasons, as more thoroughly set out in Defendants' Memorandum in Support of Motion for Summary Judgment, Defendants are entitled to judgment as a matter of law on Plaintiff's claim in its entirety.

WHEREFORE, for the above reasons, Defendants, DR. DINA PAUL, and WEXFORD HEALTH SOURCES, INC., respectfully requests this Honorable Court grant their Motion for Summary Judgment and grant such further relief as deemed appropriate.

Respectfully Submitted,

CASSIDAY SCHADE LLP

By: /s/ Joy C. Syrcle
One of the Attorneys for Defendants, DR. DINA PAUL, and WEXFORD HEALTH SOURCES, INC.

Joy C. Syrcle
6302066
CASSIDAY SCHADE LLP
2040 West Iles Avenue, Suite B
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Keith B. Hill
Ryan Kemper
Heyl, Royster, Voelker & Allen, PC
105 West Vandalia
Suite 100
P.O. Box 467
Edwardsville, IL 62025
(618) 656-4646
(618) 656-7940 (Fax)
khill@heylroyster.com

Tara M. Barnett
Christine G. McClimans
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea IL 62226
tara.barnett@ilag.gov

Sean M. Sullivan
Ah Hil Kim
Daley Mohan & Groble
55 W Monroe Suite 1600
Chicago IL 60603
(312) 422-5536
ssullivan@daleymohan.com

/s/ Joy C. Syrcle