**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JIMMIE DALE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCE, INC.; LOUIS SHICKER, former Medical Director of Illinois Department of Corrections, individually; STEVE MEEKS, Medical Director of Illinois Department of Corrections, individually; MICHAEL DEMPSEY, former Interim Medical Director of Illinois Department of Corrections, individually; DR. DINA PAUL, individually; DR. LYNN PITTMAN, individually; DR. JULIANA CHAN, individually; LORI CUNNINGHAM, individually; and CORRECTION OFFICER DOE, individually,<br><br>Defendants. | ) | No. 3:20-cv-00446-NJR |

**MOTION TO AMEND PROTECTIVE ORDER**

Plaintiff Jimmie Dale Miller ("Plaintiff"), by his attorneys, Sean M. Sullivan and Mohan Groble Scolaro, P.C., moves the court to amend the Protective Order dated October 15, 2021 ("Protective Order") (Doc. 162) to allow Plaintiff's counsel to provide to Plaintiff copies of documents marked as "Confidential" and deemed "protected documents" under ¶ 1 of the Protective Order. In support of his motion, Plaintiff states as follows:

1. The Court appointed undersigned counsel to represent Plaintiff by order dated November 17, 2020 (Doc. 88). Plaintiff filed his Amended Complaint on May 18, 2021 (Doc. 108).

2. The parties filed cross-motions for summary judgment on September 24, 2024 and completed briefing on the cross-motions on November 7, 2024 (Doc. 307, 308, 309 and 310). The Court has not ruled on the summary judgment motions.

3. Plaintiff recently requested that counsel provide him a complete copy of the litigation file for his review and planning for next steps depending on how the Court eventually rules on the pending motions.

4. Paragraph 2 of the Protective Order provides that "Plaintiff's counsel may discuss the content of the [protected documents] with Plaintiff, but may not provide Plaintiff with copies of the documents without further order of the Court."

5. Plaintiff, who filed this lawsuit *pro se* and, at some point, may again be proceeding *pro se*, should be allowed to possess the full litigation file.

WHEREFORE, Plaintiff moves the Court to amend the Protective Order (Doc. 162) to allow Plaintiff's counsel to provide to Plaintiff copies of documents marked as "Confidential" and deemed "protected documents" under ¶ 1 of the Protective Order.

Respectfully submitted,

JIMMIE DALE MILLER

By: /s/ Sean M. Sullivan

Sean M. Sullivan
MOHAN GROBLE SCOLARO, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
Phone: (312) 422-9999
Fax: (312) 422-537
ssullivan@mohangroble.com

**CERTIFICATE OF SERVICE**

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing **Motion to Amend Protective Order** to be served upon the attorneys of record via the Court's ECF filing system on December 1l, 2025.

/s/ Sean M. Sullivan
Sean M. Sullivan