**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JIMMIE DALE MILLER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WEXFORD HEALTH SOURCE, INC., DR. DINA PAUL, and DR. JULIANA CHAN,**<br><br>**Defendants.** | **Case No. 3:20-CV-446-NJR** |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of May 20, 2026 (Doc. 315), this entire action is **DISMISSED with prejudice**.

**DATED: May 20, 2026**

**MONICA A. STUMP,**
**Clerk of Court**

**By:** /s/ Deana Brinkley
**Deputy Clerk**

**APPROVED:** /s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**